```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

EDDIE DAVIS,                           )
            Plaintiff(s)               )
                                       )
     vs.                               )    Case Number: 1:15-cv-06681
                                       )
ALBANY PLAZA, LLC; JP MORGAN CHASE &   )    Assigned Judge:
CO; SHIRLEY GOMEZ; & HALLBERG          )          Harry D. Leinenweber
INSURANCE NETWORK, INC.,               )
                                       )    Designated Magistrate Judge:
            Defendant(s)               )          Sidney I. Schenkier
```

**ANSWER TO COMPLAINT**

    Now comes the Defendant, HALLBERG INSURANCE NETWORK, INC., by and through Attorneys, PARRILLO, WEISS & O'HALLORAN, and in Answer to Plaintiff's Complaint states as follows:

    1.  Denies the allegation.
    2.  Denies the allegation.
    3.  Denies the allegation.
    4.  Denies the allegation.
    5.  Denies the allegation.
    6.  Admits the allegation.
    7.  Admits the allegation.
    8. Neither admits nor denies the allegation because of insufficient knowledge but demands strict proof thereof.
    9. Neither admits nor denies the allegation because of insufficient knowledge but demands strict proof thereof.
    10. No answer required as it is not directed towards this Defendant.
    11. No answer required as it is not directed towards this Defendant.
    12. No answer required as it is not directed towards this Defendant.
    13.  Admits the allegation.
    14. Neither admits nor denies the allegation because of insufficient knowledge but demands strict proof thereof.
    15. Neither admits nor denies the allegation because of insufficient knowledge but demands strict proof thereof.
    16. Neither admits nor denies the allegation because of insufficient knowledge but demands strict proof thereof.
    17.  Denies the allegation.
    18.  Denies the allegation.
    19.  Denies the allegation.
    20.  Denies the allegation.
    21.  Denies the allegation.
    22.  Denies the allegation.
    23.  Denies the allegation.
    24.  Denies the allegation.
    25.  Denies the allegation.
    26.  Denies the allegation.

```
27.   Denies the allegation.
28.   Admits the allegation.
29.   Admits the allegation.
30.   Denies the allegation.
31.   Denies the allegation.
32.   Denies the allegation.
33.   Denies the allegation.
34.   Denies the allegation.
35.   Denies the allegation.
36.   Denies the allegation.
37.   Admits the allegation.
38.   Denies the allegation.
39.   Denies the allegation.
40.   Denies the allegation.
41.   Denies the allegation.
42.   Denies the allegation.
43.   Denies the allegation.
```

WHEREFORE, the Defendant prays that this lawsuit so wrongfully brought be dismissed with costs awarded to said Defendant.

_____
**CLIFFORD M. PANEK**
**I.D. NUMBER 3124672**
**of PARRILLO, WEISS & O'HALLORAN**
Attorneys for Defendant
77 W. Wacker Drive
Chicago, Illinois 60601
(312) 701-1111