UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE DAVIS,<br><br>      *Plaintiff*,<br><br>v.<br><br>ALBANY PLAZA LLC; JPMORGAN CHASE BANK, N.A..; SHIRLEY GOMEZ; and HALLBERG INSURANCE NETWORK, INC.,<br><br>      *Defendants*. | Case No. 1:15-cv-06681<br>Hon. Harry D. Leinenweber |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Eddie Davis ("Davis") and Defendants Albany Plaza LLC, JP Morgan Chase Bank, N.A., Shirley Gomez, and Hallberg Insurance Network (collectively, "Defendants") have agreed to settle, adjust and compromise all claims in Case No. 1:15-cv-06681. The parties, therefore, move this Court to dismiss all claims by Davis against Defendants. The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney fees and expenses) shall be borne solely by the party incurring same.

A proposed Order is attached as Exhibit A.

AGREED:

/s/ John Steele
John L. Steele (# 6292158)
ACCESSIBILITY LAW GROUP
Attorney for Plaintiff
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
(312) 396-4154

Clifford M. Panek (#3124672)
PARRILO, WEISS & HALLORAN
Attorney for Hallberg Insurance Network
77 W. Wacker Drive
Chicago, IL 60601
(312) 701-1111

William F. Dugan (6229172)
SEYFARTH SHAW LLP
Attorney for JP Morgan Chase Bank, N.A.
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

Carlo P. Palladinetti (6189764)
Attorney for Albany Plaza LLC
4024 W. Montrose Ave
Chicago, IL 60641
(773) 685-9500